UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Case No: 19-40118-399  Chapter 13 |
| | ) |
| **HAROLD PHILLIPS** | ) |
| **TERESITA R PHILLIPS** | ) |
| | ) |
| **Debtors** | ) |
| | ) |

### TRUSTEE'S WITHDRAWAL OF OBJECTION TO CLAIM

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and withdraws her Objection To Claim dated February 08, 2019, to claim 8 filed on behalf of ARMY & AIR FORCE EXCHANGE SVC.

Dated: February 11, 2019
WDOCLM--AC

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on February 11, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on February 11, 2019.

HAROLD PHILLIPS
TERESITA R PHILLIPS
8628  RIVERVIEW BLVD
SAINT LOUIS, MO  63147

ARMY & AIR FORCE EXCHANGE SVC
3936 E FORT LOWELL RD #200
C/O BASS & ASSOCIATES PC
TUCSON, AZ  85712

US ATTORNEY E.D. MO
111 S 10TH ST 20TH FLOOR
ATTN: CIVIL PROCESS CLERK/BK UNIT
ST LOUIS, MO  63102

ARMY & AIR FORCE EXCHANGE
3911 S WALTON WALKER BLVD
ATTN GC-G
DALLAS, TX  75236

US ATTORNEY GENERAL
950 PENNSYLVANIA AVE NW
WASHINGTON, DC  20530-0001

| 19-40118-399 | **TRUSTEE'S WITHDRAWAL OF OBJECTION TO CLAIM** | 02/11/2019 |
| --- | --- | --- |
| | | **Page 2 of 2** |

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee